IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 03-CR-00296-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN RIVERA,

    Defendant.
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on the supervised release violation is scheduled **July 1, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: April 23, 2010

                                              s/Jane Trexler, Administrative Assistant